1

2

3

4

5

6

7

8                                   UNITED STATES DISTRICT COURT

9                                   EASTERN DISTRICT OF CALIFORNIA

10

11   DERWIN BUTLER, SR.,                          1:14-cv-01682-JLT (PC)

12                  Plaintiff,

                                                  ORDER TO SUBMIT APPLICATION
13        v.                                      TO PROCEED IN FORMA PAUPERIS
                                                  OR PAY FILING FEE WITHIN 45 DAYS
14   ALEXANDRIA RON, et al.,

15                  Defendant.

16

17        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

18   § 1983.  Plaintiff has not paid the $400.00 filing fee, nor submitted an application to proceed in

19   forma pauperis pursuant to 28 U.S.C. § 1915.

20        Accordingly, IT IS HEREBY ORDERED that:

21        Within 45 days of the date of service of this order, plaintiff shall submit the attached

22   application to proceed in forma pauperis, completed and signed, or in the alternative, pay the

23   $400.00 filing fee for this action.  **No requests for extension will be granted without a showing**

24   **of good cause**.  Within 60 days of the date of service of this order, plaintiff shall submit a

25   certified copy of his/her prison trust statement for the six month period immediately preceding the

26   filing of the complaint.

27   ///

28   ///

                                                  1

1    **Failure to comply with this order will result in dismissal of this action.**

2

3    IT IS SO ORDERED.

4        Dated:   **October 30, 2014**                    **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28